CLOSED,INTERPRETER

# U.S. District Court
## District of Delaware (Wilmington)
## CRIMINAL DOCKET FOR CASE #: 1:20-cr-00006-CFC-1

| | |
|---|---|
| Case title: USA v. Rodriguez-Rosario | Date Filed: 01/17/2020 |
| Magistrate judge case number: 1:19-mj-00140 | Date Terminated: 09/24/2021 |

Assigned to: Judge Colm F. Connolly

### Defendant (1)

**Jorge Luis Rodriguez-Rosario**
*TERMINATED: 09/24/2021*

represented by **Jose Luis Ongay**
Jose Luis Ongay, Esq.
600 West Germantown Pike
Suite 400
Plymouth Meeting, PA 19462
(484) 681-1117
Email: jlolaw@live.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

21:846 - CONSPIRACY TO DISTRIBUTE 40 GRAMS OR MORE OF FENTANYL IN VIOLATION OF 21:841(a)(1),(b)(1)(B) - ( COUNT I - 5/6/2019 )
(1)

### Disposition

Defendant was present with counsel. Interpreter L. Weaver present and sworn. 24 MONTHS IMPRISONMENT, 3 YEARS SUPERVISED RELEASE, $100.00 SPECIAL ASSESSMENT FEE, FINE WAIVED.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

21:846 - CONSPIRACY TO DISRIBUTE AND POSSESS WITH THE INTENT TO

### Disposition

DISTRIBUTE HEROIN IN VIOLATION
OF 21:841(a)(1) & (b)(1)(C)

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christopher L. de Barrena-Sarobe**<br>U.S. Attorney's Office<br>Hercules Building<br>1313 N. Market Street<br>P.O. Box 2046<br>Wilmington, DE 19801<br>302-573-6123<br>Email: christopher.de.barrena-Sarobe@usdoj.gov<br>*TERMINATED: 08/09/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Jennifer K. Welsh**<br>U.S. Attorney's Office<br>Hercules Building<br>1313 N. Market Street<br>P.O. Box 2046<br>Wilmington, DE 19801<br>302-573-6277<br>Fax: 3025736220<br>Email: jennifer.welsh@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2019 | | Arrest of Jorge Luis Rodriguez-Rosario. (kjk) [1:19-mj-00140] (Entered: 05/08/2019) |
| 05/07/2019 | 1 | CRIMINAL COMPLAINT by DEA Special Agent, sworn to before Judge Christopher J. Burke as to Jorge Luis Rodriguez-Rosario. (kjk) [1:19-mj-00140] (Entered: 05/08/2019) |
| 05/07/2019 | | Minute Entry for proceedings held before Judge Christopher J. Burke - Initial Appearance as to Jorge Luis Rodriguez-Rosario held on 5/7/2019; Deft. was present without counsel ( A CJA Panel member was appointed ); Spanish Interpreter Froilan Miranda sworn; Gov't filed a Motion For A Detention Hearing; Granted; Deft. ordered detained pending a preliminary and detention hearing; Preliminary and Detention Hearing date and time to be determined. ATTENDEES: AUSA - J. Welsh, Esq.; USPO - M. Durkin; CLERK - Kincaid. (kjk) [1:19-mj-00140] (Entered: 05/08/2019) |
| 05/07/2019 | 2 | MOTION to Detain Pending Trial by USA as to Jorge Luis Rodriguez-Rosario. (kjk) [1:19-mj-00140] (Entered: 05/08/2019) |
| 05/07/2019 | 3 | ORDER OF TEMPORARY DETENTION as to Jorge Luis Rodriguez-Rosario. Detention Hearing date and time to be determined.. Signed by Judge Christopher J. Burke on 5/7/19. (kjk) [1:19-mj-00140] (Entered: 05/08/2019) |
| 05/07/2019 | | ORAL ORDER appointing Jose Luis Ongay, Esq., for Jorge Luis Rodriguez-Rosario until further Order of the Court. The CJA representation type is Criminal Case. Signed by Judge |

| | | |
|---|---|---|
| | | Christopher J. Burke on 5/7/19. (kjk) [1:19-mj-00140] (Entered: 05/08/2019) |
| 05/07/2019 | | Set Hearings as to Jorge Luis Rodriguez-Rosario: A Detention Hearing is set for 5/15/2019 at 10:30 AM in Courtroom 2A before Judge Christopher J. Burke; A Preliminary Hearing is set for 5/15/2019 at 10:30 AM in Courtroom 2A before Judge Christopher J. Burke. (kjk) [1:19-mj-00140] (Entered: 05/08/2019) |
| 05/13/2019 | | Reset Hearings as to Jorge Luis Rodriguez-Rosario: Due to a scheduling conflict, the time has been changed for the commencement of the he Preliminary and Detention Hearings set for 5/15/2019. The Preliminary and Detention Hearings are now set for 5/15/2019 to commence at 01:00 PM in Courtroom 2A before Judge Christopher J. Burke. (dlb) [1:19-mj-00140] (Entered: 05/13/2019) |
| 05/13/2019 | 4 | NOTICE OF ATTORNEY APPEARANCE: Christopher L. de Barrena-Sarobe appearing for USA. (de Barrena-Sarobe, Christopher) [1:19-mj-00140] (Entered: 05/13/2019) |
| 05/15/2019 | | Minute Entry for proceedings held before Judge Christopher J. Burke - Preliminary and Detention Hearings as to Jorge Luis Rodriguez-Rosario set to be held on 5/15/2019. Interpreter, F. Miranda sworn. Defendant was present with Counsel. Defendant waives both hearings at this time. Waiver executed. Court orally orders that Defendant shall remain detained pending trial. (Clerk, D. Benyo) APPEARANCES: C. de Barrena-Sarobe for Government; J.L. Ongay for Defendant; V. Hislop for USPO. (dlb) [1:19-mj-00140] (Entered: 05/15/2019) |
| 05/15/2019 | 5 | WAIVER of Preliminary Hearing by Jorge Luis Rodriguez-Rosario (dlb) [1:19-mj-00140] (Entered: 05/15/2019) |
| 05/15/2019 | 6 | MOTION for Protective Order *Governing Discovery* by USA as to Jorge Luis Rodriguez-Rosario. (de Barrena-Sarobe, Christopher) [1:19-mj-00140] (Entered: 05/15/2019) |
| 05/15/2019 | | ORAL ORDER as to Jorge Luis Rodriguez-Rosario re 2 GRANTING MOTION to Detain Pending Trial filed by USA (a written order will follow). Issued by Judge Christopher J. Burke on 5/15/19. (kjk) [1:19-mj-00140] (Entered: 06/10/2019) |
| 06/07/2019 | 7 | MOTION for Extension of Time to Indict by USA as to Jorge Luis Rodriguez-Rosario. (de Barrena-Sarobe, Christopher) [1:19-mj-00140] (Entered: 06/07/2019) |
| 06/07/2019 | 8 | PROTECTIVE ORDER Granting 6 Motion for Protective Order as to Jorge Luis Rodriguez-Rosario (1). Signed by Judge Christopher J. Burke on 6/7/19. (kjk) [1:19-mj-00140] (Entered: 06/10/2019) |
| 06/07/2019 | 9 | ORDER Granting 7 Motion for Extension of Time to Indictment as to Jorge Luis Rodriguez-Rosario (1); Time excluded from 6/7/19 until 7/7/2019. Signed by Judge Christopher J. Burke on 6/7/19. (kjk) [1:19-mj-00140] (Entered: 06/10/2019) |
| 07/02/2019 | 10 | First MOTION for Release from Custody *Unopposed* by Jorge Luis Rodriguez-Rosario. (Ongay, Jose) [1:19-mj-00140] (Entered: 07/02/2019) |
| 07/07/2019 | 11 | Second MOTION for Extension of Time to Indict by USA as to Jorge Luis Rodriguez-Rosario. (Welsh, Jennifer) [1:19-mj-00140] (Entered: 07/07/2019) |
| 07/08/2019 | 12 | ORDER Granting 11 Motion for Extension of Time to Indictment as to Jorge Luis Rodriguez-Rosario (1); Time excluded from 7/7/2019 until 8/7/2019. Signed by Judge Christopher J. Burke on 7/8/2019. (ceg) [1:19-mj-00140] (Entered: 07/08/2019) |
| 07/08/2019 | | ORAL ORDER as to Jorge Luis Rodriguez-Rosario : In light of Defendant's Motion for Release (D.I. 10), a Bail Hearing is set for 7/11/2019 01:00 PM in Courtroom 2A before Judge Christopher J. Burke. Ordered by Judge Christopher J. Burke on 7/8/2019. (dlb) [1:19-mj-00140] (Entered: 07/08/2019) |

| | | |
|---|---|---|
| 07/11/2019 | | Minute Entry for proceedings held before Judge Christopher J. Burke - Bail Hearing as to Jorge Luis Rodriguez-Rosario held on 7/11/2019. Interpreter, Mercedes Allongo sworn. Defendant was present with counsel. Government did not oppose release of Defendant upon conditions set by the Court. (Clerk - Benyo, Garfinkel) APPEARANCES: AUSA McCartney for Government; L. Ongay for Defendant; V. Hislop for USPO. (dlb) [1:19-mj-00140] (Entered: 07/12/2019) |
| 07/11/2019 | 13 | ORDER Setting Conditions of Release as to Jorge Luis Rodriguez-Rosario (1) O/R. Signed by Judge Christopher J. Burke on 7/11/2019. (dlb) (Additional attachment(s) added on 7/12/2019: # 1 Order) (dlb). [1:19-mj-00140] (Entered: 07/12/2019) |
| 07/19/2019 | 14 | Receipt for Surrender of Passport as to Jorge Luis Rodriguez-Rosario (dlb) [1:19-mj-00140] (Entered: 07/29/2019) |
| 08/07/2019 | 15 | MOTION for Extension of Time to Indict by USA as to Jorge Luis Rodriguez-Rosario. (de Barrena-Sarobe, Christopher) [1:19-mj-00140] (Entered: 08/07/2019) |
| 08/09/2019 | 16 | ORDER TO CONTINUE in the Interests of Justice re 15 MOTION for Extension of Time to Indict filed by USA as to Jorge Luis Rodriguez-Rosario. Time is excluded from 8/7/2019 until 9/6/2019. Signed by Judge Mary Pat Thynge on 8/9/19. (kjk) [1:19-mj-00140] (Entered: 08/09/2019) |
| 09/06/2019 | 17 | MOTION for Extension of Time to Indict by USA as to Jorge Luis Rodriguez-Rosario. (de Barrena-Sarobe, Christopher) [1:19-mj-00140] (Entered: 09/06/2019) |
| 09/07/2019 | 18 | MOTION Temporary Return of Passport by Jorge Luis Rodriguez-Rosario. (Ongay, Jose) [1:19-mj-00140] (Entered: 09/07/2019) |
| 09/09/2019 | 19 | ORDER granting 17 Motion for Extension of Time to Indictment as to Jorge Luis Rodriguez-Rosario (1). Signed by Judge Christopher J. Burke on 9/9/2019. (dlb) [1:19-mj-00140] (Entered: 09/09/2019) |
| 09/23/2019 | 20 | RESPONSE to Motion by USA as to Jorge Luis Rodriguez-Rosario re 18 MOTION Temporary Return of Passport (de Barrena-Sarobe, Christopher) [1:19-mj-00140] (Entered: 09/23/2019) |
| 09/26/2019 | 21 | ORDER granting 18 Motion For Temporary Return of Passport as to Jorge Luis Rodriguez-Rosario (1). Signed by Judge Christopher J. Burke on 9/26/2019. (dlb) [1:19-mj-00140] (Entered: 09/26/2019) |
| 10/04/2019 | 22 | MOTION for Extension of Time to Indict by USA as to Jorge Luis Rodriguez-Rosario. (de Barrena-Sarobe, Christopher) [1:19-mj-00140] (Entered: 10/04/2019) |
| 10/07/2019 | 23 | ORDER Granting 22 Motion for Extension of Time to Indictment as to Jorge Luis Rodriguez-Rosario (1); Time excluded from 10/6/2019 until 11/5/2019. Signed by Judge Mary Pat Thynge on 10/7/19. (kjk) [1:19-mj-00140] (Entered: 10/08/2019) |
| 11/05/2019 | 24 | MOTION for Extension of Time to Indict *Unopposed Motion to Exclude Time Under the Speedy Trial Act* by USA as to Jorge Luis Rodriguez-Rosario. (de Barrena-Sarobe, Christopher) [1:19-mj-00140] (Entered: 11/05/2019) |
| 11/05/2019 | 26 | SEALED MOTION by USA as to Jorge Luis Rodriguez-Rosario. (dlb) [1:19-mj-00140] (Entered: 11/06/2019) |
| 11/06/2019 | 25 | ORDER granting 24 Motion for Extension of Time to Indictment as to Jorge Luis Rodriguez-Rosario (1). Signed by Judge Jennifer L. Hall on 11/6/2019. (ceg) [1:19-mj-00140] (Entered: 11/06/2019) |

| | | |
|---|---|---|
| 11/06/2019 | 27 | SEALED ORDER granting D.I. 26 SEALED Motion as to Jorge Luis Rodriguez-Rosario (1). Signed by Judge Christopher J. Burke on 11/6/2019. (dlb) [1:19-mj-00140] (Entered: 11/06/2019) |
| 12/05/2019 | 28 | MOTION for Extension of Time to Indict *Unopposed* by USA as to Jorge Luis Rodriguez-Rosario. (de Barrena-Sarobe, Christopher) [1:19-mj-00140] (Entered: 12/05/2019) |
| 01/03/2020 | 29 | MOTION for Extension of Time to Indict by USA as to Jorge Luis Rodriguez-Rosario. (de Barrena-Sarobe, Christopher) [1:19-mj-00140] (Entered: 01/03/2020) |
| 01/03/2020 | 30 | ORDER as to Jorge Luis Rodriguez-Rosario granting 28 MOTION for Extension of Time to Indict. ORDER TO CONTINUE in the Interests of Justice re 28 MOTION for Extension of Time to Indict Time is excluded from 12/5/2019 until 1/6/2020. Signed by Judge Sherry R. Fallon on 1/3/2020. (lih) [1:19-mj-00140] (Entered: 01/03/2020) |
| 01/03/2020 | 31 | ORDER as to Jorge Luis Rodriguez-Rosario granting 29 MOTION for Extension of Time to Indict. ORDER TO CONTINUE in the Interests of Justice as to Jorge Luis Rodriguez-Rosario. Time is excluded from 1/6/2020 until 2/6/2020. Signed by Judge Sherry R. Fallon on 1/3/2020. (lih) [1:19-mj-00140] (Entered: 01/03/2020) |
| 01/17/2020 | 32 | FELONY INFORMATION with a Notice of Forfeiture as to Jorge Luis Rodriguez-Rosario (1) count 1. (Attachments: # 1 Defendant Information Sheet) (kjk) (Additional attachment(s) added on 2/21/2020: # 2 Signature Page - Guilty Plea) (fms). (Entered: 01/21/2020) |
| 01/22/2020 | | Case assigned to Judge Colm F. Connolly, as to Jorge Luis Rodriguez-Rosario. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 01/22/2020) |
| 01/24/2020 | 33 | ORDER SCHEDULING RULE 11 HEARING as to Jorge Luis Rodriguez-Rosario. A Plea Hearing is set for 2/20/2020 at 02:00 PM in Courtroom 4B before Judge Colm F. Connolly. Spanish Interpreter Requested in case as to Jorge Luis Rodriguez-Rosario. Signed by Judge Colm F. Connolly on 1/24/2020. (fms) (Entered: 01/24/2020) |
| 02/20/2020 | 34 | WAIVER OF INDICTMENT by Jorge Luis Rodriguez-Rosario (fms) (Entered: 02/21/2020) |
| 02/20/2020 | | Minute Entry for proceedings held before Judge Colm F. Connolly - Arraignment/Plea hearing held as to Jorge Luis Rodriguez-Rosario (1). Defendant was present with counsel. Interpreter Johnnie Benningfield present and sworn. Govt. filed an executed Memorandum of Plea Agreement and Waiver of Indictment. Deft. was sworn and questioned by the Court. Deft. entered a plea of guilty to Count I of the Felony Information. Guilty Count 1. Guilty Plea accepted. Deft. waived reading of the Information. (Court Reporter V. Gunning.) (fms) (Entered: 02/21/2020) |
| 02/20/2020 | 35 | MEMORANDUM OF PLEA AGREEMENT as to Jorge Luis Rodriguez-Rosario (fms) (Entered: 02/21/2020) |
| 02/20/2020 | 36 | Sealed Document (To be maintained on file in Clerk's Office) (fms) (Entered: 02/21/2020) |
| 02/21/2020 | 37 | ORDER SCHEDULING SENTENCING as to Jorge Luis Rodriguez-Rosario. Sentencing is set for 6/23/2020 at 10:00 AM in Courtroom 4B before Judge Colm F. Connolly. Signed by Judge Colm F. Connolly on 2/21/2020. (fms) (Entered: 02/21/2020) |
| 02/21/2020 | | Spanish Interpreter Requested in case as to Jorge Luis Rodriguez-Rosario for Sentencing set for 6/23/2020 at 10:00 AM in Courtroom 4B before Judge Colm F. Connolly (See order (D.I. 37 ) (fms) (Entered: 02/21/2020) |

| | | |
|---|---|---|
| 04/14/2020 | 38 | ORDER RESCHEDULING SENTENCING as to Jorge Luis Rodriguez-Rosario. IT IS ORDERED that the sentencing scheduled for Tuesday, June 23, 2020 is cancelled and rescheduled to commence on Monday, July 27, 2020 at 1:00 p.m. Sentencing is reset for 7/27/2020 at 01:00 PM in Courtroom 4B before Judge Colm F. Connolly. Spanish Interpreter Requested in case as to Jorge Luis Rodriguez-Rosario. Signed by Judge Colm F. Connolly on 4/14/2020. (fms) (Entered: 04/14/2020) |
| 06/04/2020 | 39 | Sealed Document (To be maintained on file in Clerk's Office) (fms) (Entered: 06/05/2020) |
| 06/05/2020 | 40 | Sealed Document (To be maintained on file in Clerk's Office) (fms) (Entered: 06/05/2020) |
| 06/05/2020 | | Reset Hearings as to Jorge Luis Rodriguez-Rosario: Sentencing is reset for 11/13/2020 at 12:00 PM in Courtroom 4B before Judge Colm F. Connolly. Spanish Interpreter Requested in case as to Jorge Luis Rodriguez-Rosario. (fms) (Entered: 06/05/2020) |
| 09/30/2020 | 42 | MOTION to Continue *Sentencing* by Jorge Luis Rodriguez-Rosario. (Ongay, Jose) (Entered: 09/30/2020) |
| 10/02/2020 | 43 | ORDER RESCHEDULING SENTENCING as to Jorge Luis Rodriguez-Rosario granting 42 MOTION to Continue *Sentencing* filed by Jorge Luis Rodriguez-Rosario. Sentencing is reset for 1/20/2021 at 11:00 AM in Courtroom 4B before Judge Colm F. Connolly. Spanish Interpreter Requested in case as to Jorge Luis Rodriguez-Rosario. Signed by Judge Colm F. Connolly on 10/2/2020. (fms) (Entered: 10/02/2020) |
| 01/06/2021 | 45 | Letter to Judge Connolly from Jose Luis Ongay regarding Requesting Continuance. (Ongay, Jose) (Entered: 01/06/2021) |
| 01/07/2021 | 46 | ORDER RESCHEDULING SENTENCING as to Jorge Luis Rodriguez-Rosario. The letter/motion (D.I. 45 is GRANTED. Sentencing is reset for 4/20/2021 at 12:00 PM in Courtroom 4B before Judge Colm F. Connolly. Spanish Interpreter Requested in case as to Jorge Luis Rodriguez-Rosario. Signed by Judge Colm F. Connolly on 1/7/2021. (fms) (Entered: 01/07/2021) |
| 03/29/2021 | 47 | Letter to Judge Connolly from Jose Luis Ongay regarding Requesting Continuance. (Ongay, Jose) (Entered: 03/29/2021) |
| 03/30/2021 | 48 | ORDER RESCHEDULING SENTENCING granting 47 Letter/motion as to Jorge Luis Rodriguez-Rosario. Sentencing is reset for 7/28/2021 at 12:00 PM in Courtroom 4B before Judge Colm F. Connolly. Spanish Interpreter Requested in case as to Jorge Luis Rodriguez-Rosario. Signed by Judge Colm F. Connolly on 3/30/2021. (fms) (Entered: 03/30/2021) |
| 07/19/2021 | 49 | Consent MOTION to Continue by Jorge Luis Rodriguez-Rosario. (Ongay, Jose) (Entered: 07/19/2021) |
| 07/19/2021 | 50 | ORDER RESCHEDULING SENTENCING as to Jorge Luis Rodriguez-Rosario granting 49 Consent MOTION to Continue filed by Jorge Luis Rodriguez-Rosario. Sentencing hearing set for 7/28/2021 has been cancelled and rescheduled to commence on 9/13/2021 at 09:00 AM in Courtroom 4B before Judge Colm F. Connolly. Spanish Interpreter Requested in case as to Jorge Luis Rodriguez-Rosario. Signed by Judge Colm F. Connolly on 7/19/2021. (fms) (Entered: 07/19/2021) |
| 08/09/2021 | 51 | NOTICE OF SUBSTITUTION OF COUNSEL: Entry of appearance of attorney Jennifer K. Welsh. Attorney Christopher L. de Barrena-Sarobe terminated in case as to Jorge Luis Rodriguez-Rosario. (Welsh, Jennifer) (Entered: 08/09/2021) |
| 08/11/2021 | 52 | ORDER as to Jorge Luis Rodriguez-Rosario: A Telephone Conference is set for 8/17/2021 at 08:15 AM before Judge Colm F. Connolly with the government coordinating and |

| | | |
|---|---|---|
| | | providing dial-in information to the Court and counsel. Signed by Judge Colm F. Connolly on 8/11/2021. (nmf) (Entered: 08/11/2021) |
| 08/17/2021 | | Minute Entry for proceedings held before Judge Colm F. Connolly - Telephone Conference as to Jorge Luis Rodriguez-Rosario held on 8/17/2021 (Court Reporter V. Gunning.) (fms) (Entered: 08/17/2021) |
| 08/17/2021 | | ORAL ORDER RESCHEDULING SENTENCING as to Jorge Luis Rodriguez-Rosario. The Sentencing set for 9/13/2021 at 09:00 AM is rescheduled to commence on Wednesday, 9/22/2021 at 12:00 PM in Courtroom 4B before Judge Colm F. Connolly. Spanish Interpreter Requested in case as to Jorge Luis Rodriguez-Rosario. Defendant's sentencing memorandum is due by 9/8/2021. Government's response sentencing memorandum is due by 9/15/2021. ORDERED by Judge Colm F. Connolly on 8/17/2021. (fms) (Entered: 08/17/2021) |
| 09/09/2021 | 53 | SENTENCING MEMORANDUM by Jorge Luis Rodriguez-Rosario (Ongay, Jose) (Entered: 09/09/2021) |
| 09/15/2021 | 54 | NOTICE OF ATTORNEY APPEARANCE: Christopher L. de Barrena-Sarobe appearing for USA. (de Barrena-Sarobe, Christopher) (Entered: 09/15/2021) |
| 09/15/2021 | 55 | SENTENCING MEMORANDUM by USA as to Jorge Luis Rodriguez-Rosario (de Barrena-Sarobe, Christopher) (Entered: 09/15/2021) |
| 09/16/2021 | | The Sentencing as to Jorge Luis Rodriguez-Rosario set for 9/22/2021 at 12:00 PM before Judge Colm F. Connolly will be held in COURTROOM 4A. Spanish Interpreter Weaver has been scheduled. (kmd) (Entered: 09/16/2021) |
| 09/16/2021 | 57 | Sealed Document (To be maintained on file in Clerk's Office) (kmd) (Entered: 09/17/2021) |
| 09/22/2021 | | Minute Entry for proceedings held before Judge Colm F. Connolly - Sentencing held on 9/22/2021. Defendant was present with counsel. SENTENCE OF THE COURT: Jorge Luis Rodriguez-Rosario (1), Count(s) 1, 24 MONTHS IMPRISONMENT, 3 YEARS SUPERVISED RELEASE, $100.00 SPECIAL ASSESSMENT FEE, FINE WAIVED. Interpreter L. Weaver was present and sworn. (Court Reporter V. Gunning.) (kmd) (Entered: 09/22/2021) |
| 09/24/2021 | 58 | JUDGMENT as to Jorge Luis Rodriguez-Rosario (1), Count(s) 1, Defendant was present with counsel. Interpreter L. Weaver present and sworn. 24 MONTHS IMPRISONMENT, 3 YEARS SUPERVISED RELEASE, $100.00 SPECIAL ASSESSMENT FEE, FINE WAIVED. Signed by Judge Colm F. Connolly on 9/24/2021. (kmd) (Entered: 09/24/2021) |
| 06/07/2023 | 59 | Probation 22 Form - Jurisdiction Transferred electronically to Eastern District of Pennyslvania as to Jorge Luis Rodriguez-Rosario. (cc: Prob, Finance) (kmd) (Entered: 06/07/2023) |
| 06/07/2023 | 60 | EXIT RECORD to the Eastern District of Pennsylvania. (kmd) (Entered: 06/07/2023) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal Action No. 20-06-UNA |
| v. | : |
| | : |
| JORGE LUIS RODRIGUEZ-ROSARIO, | : |
| | : |
| Defendant. | : |
| | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about May 6, 2019, in the District of Delaware and elsewhere, **JORGE LUIS RODRIGUEZ-ROSARIO,** defendant herein, knowingly and intentionally combined, conspired, confederated, and agreed with other persons whose identities are both known and unknown to the United States Attorney, to possess with intent to distribute 40 grams or more of a mixture and substance containing a detectible amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (hereinafter, "fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and 846.

### NOTICE OF FORFEITURE

Upon conviction of Count One, as alleged in this Indictment, **JORGE LUIS RODRIGUEZ-ROSARIO** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violation(s), and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, said violations.

FILED
JAN 17 2020
US DISTRICT COURT
DISTRICT OF DELAWARE

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a), Federal Rules of Criminal Procedure.

DAVID C. WEISS
UNITED STATES ATTORNEY

By: Christopher L. de Barrena-Sarobe
Assistant United States Attorney

Dated: Jan 16th, 2020

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Delaware

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | |
| Jorge Luis Rodriguez-Rosario | ) | Case Number: 20-cr-006-CFC |
| | ) | USM Number: 09366-015 |
| | ) | Jose Luis Ongay, Esq. |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  One of the Felony Information

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC §§ 841(a)(1), (b)(1)(B) and 846 | Conspiracy to possess with intent to distribute 40 grams or more of fentanyl | 5/6/2019 | One |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/22/2021
Date of Imposition of Judgment

_/s/ Colm F. Connolly_
Signature of Judge

Colm F. Connolly, Chief U.S. District Judge
Name and Title of Judge

9.24.21
Date

AO 245B (Rev. 02/18) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT: Jorge Luis Rodriguez-Rosario
CASE NUMBER: 20-cr-006-CFC

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**18 months**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:
  ☑ at __02:00__ ☐ a.m. ☑ p.m. on __10/25/2021__ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT: Jorge Luis Rodriguez-Rosario
CASE NUMBER: 20-cr-006-CFC

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

Three years

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18)  Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page 4 of 7

DEFENDANT: Jorge Luis Rodriguez-Rosario
CASE NUMBER: 20-cr-006-CFC

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____  Date _____

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3B — Supervised Release

Judgment—Page 5 of 7

DEFENDANT: Jorge Luis Rodriguez-Rosario
CASE NUMBER: 20-cr-006-CFC

## ADDITIONAL SUPERVISED RELEASE TERMS

1.) The defendant shall pay any financial penalty that is imposed by this judgment.

2.) The defendant shall participate in the United States Probation Office's Workforce Development Program at the direction of the Probation Officer.

3.) When not employed or excused by the Probation Office for schooling, training, or other acceptable reasons, the defendant shall perform 20 hours of community service per week as directed by the Probation Officer.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 6 of 7

DEFENDANT: Jorge Luis Rodriguez-Rosario
CASE NUMBER: 20-cr-006-CFC

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 100 | $ n/a | $ waived | $ n/a |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

TOTALS  $ 0.00   $ 0.00

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Jorge Luis Rodriguez-Rosario
CASE NUMBER: 20-cr-006-CFC

Judgment — Page 7 of 7

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ 100 due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)*<br>1:20-cr-00006-CFC-1 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)*<br>23cr248 - File |

| NAME AND ADDRESS OF SUPERVISED RELEASEE:<br><br>Jorge Luis Rodriguez-Rosario | DISTRICT<br><br>Delaware | DIVISION<br><br>Wilmington |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Colm F. Connolly<br>Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>11/28/2022 | TO<br>11/27/2025 |

OFFENSE

Count 1: Conspiracy to possess with intent to distribute 40 grams or more of fentanyl, 21 U.S.C. §841(a)(1), (b)(1)(B) and 846

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 2113 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania and upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

6/1/23
Date

_____
Chief United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 7, 2023
Effective Date

/s/ Wendy Beetlestone
United States District Judge